| Form **BCA-5.25**<br>(Rev. Jan. 2003)<br><br>Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com<br><br>Remit payment in check or money order payable to Secretary of State. | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT<br><br>This space for use by Secretary of State.<br><br>**FILED**<br>FEB 28 2008<br>JESSE WHITE<br>SECRETARY OF STATE | File # 64559478<br><br>SUBMIT IN DUPLICATE<br><br>Date: 2-28-08<br><br>Filing Fee: $10<br><br>Approved: JgB |
|---|---|---|

1. Title and Number of Case:

   Laborers Pension Fund, et al.    first named plaintiff
                v.
   IL Bricklayer, Inc.              first named defendant

   Number  08 C 781

2. Name of corporation being served: IL Bricklayer, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: USDC, N. Dist. E. Div.
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____; the conditions
                                         Month & Day      Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.
                    Month & Day      Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: c/o Maciej Spitza, 870 E. Higgins Road #140L, Schaumburg, IL 60173

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____          February 28            2008
   Signature of Affiant            Month & Day           Year

   ( 312 ) 692-1540
   Telephone Number

Return to (please type or print clearly):

Fund Counsel, Laborers Pension Fund
Name
111 W. Jackson Blvd., Suite 1415
Street
Chicago,      IL        60604
City/Town    State      ZIP

**TENDERED CHICAGO CORP. DEPARTMENT**

FEB 28 2008

Printed by authority of the State of Illinois. June 2005 — 5M — C 213 ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

BRICKLAYER, INC., a dissolved Illinois corporation,
MACIEJ SPITZA, individually and d/b/a BRICKLAYER,
INC., and IL BRICKLAYER, INC., an Illinois Corporation,
d/b/a BRICKLAYER, INC.

CASE NUMBER: **08 C 781**

ASSIGNED JUDGE: **JUDGE LEFKOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

RECEIVED
FEB 28 2008
JESSE WHITE
SECRETARY OF STATE

TO: (Name and address of Defendant)

IL Bricklayer, Inc
c/o Maciej Spitza
870 East Higgins Rd #140L
Schaumburg, IL 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Hurley_

**(By) DEPUTY CLERK**

**February 5, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　Date　　　　　　　　　　　　　　*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.