IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>BRICKLAYER, INC., a dissolved Illinois corporation, MACIEJ SPITZA, individually and d/b/a BRICKLAYER, INC., EWA SPITZA, a/k/a ELIA SPITZA, individually and d/b/a BRICKLAYER, INC., IL BRICKLAYER, INC., an Illinois Corporation, also d/b/a BRICKLAYER, INC., and MASONRY GROUP, INC., and Illinois Corporation,<br>　　　　　　　　　　Defendants. | Case No. 08 C 781<br><br>Judge LEFKOW |

## NOTICE OF FILING

TO:　Bricklayer, Inc
　　　c/o Justyna Doleglo
　　　445 Aster Lane
　　　Hoffman Estates, IL 60169

PLEASE TAKE NOTICE that on this 5th day of March 2008 the undersigned filed with the Clerk of Court the attached First Amended Complaint, a copy of which is herewith served upon you.

March 5, 2008　　　　　　　　　　　　　　LABORERS' PENSION FUND ET AL.

　　　　　　　　　　　　　　　　　　　　By: /s/ Christina Krivanek

Office of Fund Counsel
111 West Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 5t$^h$ day of March she served this notice to the above addressee(s) via U.S. Mail

/s/ Christina Krivanek