UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND; ET AL**

PLAINTIFF(S)

Case No.
**08 C 781**

vs.

**BRICKLAYER, INC., ET AL.**

SERVICE DOCUMENTS:
**SUMMONS & FIRST AMENDED COMPLAINT**

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 11, 2008**, at **10:10 AM**, I served the above described documents upon **EWA SPITZA A/K/A ELIA SPITZA** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **TITUS SPITZA / HUSBAND.**

Said service was effected at **405 AZALEA LANE, HOFFMAN ESTATES, IL 60169.**

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **55**  Hgt: **6'2"**  Wgt: **275**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Michael C Unthank, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of March, 2008

_(signature)_

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
37028