IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br>                                   Plaintiffs, <br>     v. <br><br>BRICKLAYER, INC., a dissolved Illinois corporation, JUSTYNA DOLEGLO, individually And d/b/a BRICKLAYER, INC., EWA SPITZA, a/k/a ELIA SPITZA, individually and d/b/a BRICKLAYER, INC., IL BRICKLAYER, INC., an Illinois Corporation, also d/b/a BRICKLAYER, INC., and MASONRY GROUP, INC., and Illinois Corporation, <br>                                   Defendants. | Case No. 08 C 781 <br><br> Judge LEFKOW |

## NOTICE OF FILING

To:  See Attached Service List

   PLEASE TAKE NOTICE that on this 4th day of August, 2008 the undersigned filed with the Clerk of Court the attached **Second Amended Complaint**, a copy of which is herewith served upon you.


August 4, 2008                              LABORERS' PENSION FUND ET AL.


                                   By:  /s/ Christina Krivanek



Office of Fund Counsel
111 West Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

**Service List**

Justyna Doleglo and d/b/a Bricklayer Inc.
445 Aster Lane
Hoffman Estates, IL 60169

Bricklayer Inc.
c/o Jystyna Doleglo
445 Aster Lane
Hoffman Estates, IL 60169

IL Bricklayer Inc.
c/o Maciej Spitza
445 Aster Lane
Hoffman Estates, IL

Ewa Spitza a/k/a  Elia Spitza and d/b/a Bricklayer Inc.
405 Azalea Lane
Hoffman Estates, IL 60169

Masonry Group, Inc
c/o Ewa Spitza
405 Azalea Lane
Hoffman Estates, IL 60169

## **PROOF OF SERVICE BY MAIL**

The undersigned certifies that on this 4th day of August, 2008 she served this notice to the above addressee(s) via U.S. Mail

/s/ Christina Krivanek