UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>JUSTYNA DOLEGLO; ET AL<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 781<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & SECOND AMENDEDCOMPLAINT; NOTICE OF FILING |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 12, 2008**, at **6:10 PM**, I served the above described documents upon **JUSTYNA DOLEGLO, INDIVIDUALLY AND D//A BRICKLAYER, INC.** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **MATHEW DOLEGLO / HUSBAND**.

Said service was effected at **445 ASTER LANE, HOFFMAN ESTATES, IL 60169**.

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **40**   Hgt: **6'0"**   Wgt: **185**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Michael C Unthank, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 13th day of August, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Laborers Pension and Welfare Funds*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>40363 |